JAY R. WEILL (State Bar No. 75434)
E-Mail: *jweill@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111-3629
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

Attorneys for DEFENDANT
CHERYL SAVAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHERYL SAVAGE,<br><br>Defendant. | Case No. CR 11-0728-LHK (HRL)<br><br>**APPLICATION TO CONTINUE SENTENCING DATE** |

This defendant is scheduled for sentencing on February 5, 2013, pursuant to defendant's plea of guilty to Count 1 of the Indictment. The defendant agreed in the Plea Agreement to pay $300,000 toward her civil tax liability prior to sentencing. The only source of funds is from the sale of the defendant's residence in Monterey, California. The property is being actively marketed for sale since the defendant pled guilty. No offers have yet been made on the property.

Accordingly, the defendant requests that the sentencing be continued to April 24, 2013 to allow the defendant more time to sell the property so that she can pay the $300,000 required to be paid under the Plea Agreement. Government counsel has no objection to the sentencing date being continued to April 24, 2013.

///

///

///

| | | |
|---|---|---|
| DATED: December 14, 2012 | | SIDEMAN & BANCROFT LLP |
| | By: | /s/ Jay R. Weill |
| | | Jay R. Weill |
| | | Attorneys for DEFENDANT |
| | | CHERYL SAVAGE |

## ORDER

Upon application of the defendant, the defendant's sentencing is continued to April 24, 2013. Further continuances are disfavored.

DATED: 12/17/12

/s/ Lucy H. Koh
Lucy H. Koh
United States District Court Judge

7323-1\1630675v1