JAY R. WEILL (State Bar No. 75434)
E-Mail: jweill@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111-3629
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

Attorneys for DEFENDANT
CHERYL SAVAGE

Filed
MAR 15 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3629

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHERYL SAVAGE,

Defendant.

Case No. CR 11-0728-LHK (HRL)

**SECOND APPLICATION TO CONTINUE SENTENCING DATE**

This defendant is scheduled for sentencing on April 24, 2013, pursuant to defendant's plea of guilty to Count 1 of the Indictment. The sentencing date had been continued from February 5, 2013 to April 24, upon the defendant's request. The defendant agreed in the Plea Agreement to pay $300,000 toward her civil tax liability prior to sentencing and to sign a closing agreement with the IRS to settle the total amount of her civil tax liabilities. The parties have not yet agreed on the terms of the closing agreement because the defendant disagrees with the civil tax computations proposed by the Government. The only significant source of funds to pay the $300,000 will be from the sale of the defendant's residence in Monterey, California. The property has being actively marketed for sale since the defendant pled guilty. No offers have yet been made on the property. The defendant continues to work as a real estate broker and earns commissions from real estate sales. The undersigned has received $32,000 from the defendant which has been deposited in our trust account and will be used to pay down the $300,000 owed under the plea agreement. It

is simply not likely that a sale of the defendant's residence will occur and close before the April 24 sentencing date. If the sentencing date remains at April 24, then the defendant will clearly be in breach of the her promise in the plea agreement.

Accordingly, the defendant requests that the sentencing be continued to July 10, 2013 to allow the defendant additional time to sell her residence so that she can fully pay the $300,000 required under the Plea Agreement and for the parties to agree on her civil tax liabilities. The Probation Office has no objection to the continuance of the sentencing date. Government counsel objects to the sentencing date being continued.

DATED: March 14, 2013

SIDEMAN & BANCROFT LLP

By: /s/ Jay R. Weill
Jay R. Weill
Attorneys for DEFENDANT
CHERYL SAVAGE

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3629

**ORDER**

Upon application of the defendant, the defendant's sentencing is continued to July 10, 2013.

DATED: ______________

Lucy H. Koh
United States District Court Judge

7323-1\1705630v1

Denied. Sentencing remains April 24, 2013.

March 15, 2013

Lucy H. Koh
U.S. District Judge