JAY R. WEILL (State Bar No. 75434)
E-Mail: *jweill@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111-3629
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

Attorneys for DEFENDANT
CHERYL SAVAGE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHERYL SAVAGE,<br><br>Defendant. | Case No. CR 11-0728-LHK (HRL)<br><br>**APPLICATION TO CONTINUE SENTENCING DATE** |

The defendant is scheduled to be sentenced on April 24, 2013. The proposed presentence report ("PPSR") was required to be provided by the U.S. Probation Office to the parties 35 days before the sentencing date or on or before March 20, 2013 pursuant to Crim L.R. 32-4 (a). Instead, the Probation Office provided the PPSR to defendant's counsel on March 29, 2013 by fax on 4:15 pm. The undersigned had already left the office for the weekend. Under Crim. L.R. 32-4(b) the defendant has two weeks or until April 12, 2013 to submit a written response to the PPSR. We intend to object to many portions of the PPSR. The Probation Officer may then conduct a meeting to discuss the objections. See Crim. L.R. 32-4(c).

The final sentence report is required to be lodged with the Court at least 14 days before the date set for sentencing or in this case as now scheduled on April 10, 2013, which is two days before the defendant's response to the PPSR is due . See Crim L.R. 32-5(a). The parties may submit sentencing memoranda no later than 4 days after the final presentence report is lodged with

the Court. Crim L.R. 32-5(b).

None of the above required dates can be accomplished with a sentencing date of April 25, 2013 as result of the failure of the Probation Officer to timely submit the PPSR to the parties. Accordingly, we request that the sentencing date be continued to May 8, 2013 to allow the parties to respond to the PPSR within the 14 days as provided in L.R. 32-4(b), to then attempt to resolve the objections, and to prepare and file sentencing memoranda. Assistant United States Attorney Cynthia Stier has no objection to the sentencing date being continued two weeks to May 8, 2013.

DATED: April 2, 2013

SIDEMAN & BANCROFT LLP

By: /s/ Jay R. Weill
Jay R. Weill
Attorneys for DEFENDANT
CHERYL SAVAGE

**ORDER**

Upon application of the defendant, the sentencing is continued to May 8, 2013.

DATED: 4/9/13

Lucy H. Koh
United States District Court Judge

7323-1\1722513v1

2  Case No.: CR 11-0728-LHK (HRL)
**APPLICATION TO CONTINUE SENTENCING DATE**