JAY R. WEILL (State Bar No. 75434)
E-Mail:     jweill@sideman.com
ANDREW R. J. MUIR (State Bar No. 284817)
E-MAIL:    amuir@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3629
Telephone:    (415) 392-1960
Facsimile:    (415) 392-0827

Attorneys for
CHERYL SAVAGE

Filed
MAY 29 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHERYL SAVAGE, <br><br> Defendant. | Case No. CR-11-728 LHK <br><br> **APPLICATION FOR RELEASE OF PASSPORT** |

The defendant surrendered her passport after she was arraigned on November 2, 2011. The defendant has pled guilty and was sentenced on May 8, 2013 to 14 months incarceration to begin on June 28, 2013.

The defendant requests that her passport be released so that she can store it with her personal possessions while incarcerated.

DATED: May 24, 2013            SIDEMAN & BANCROFT LLP


                               By:    /s/ Jay R. Weill
                                      Jay R. Weill
                                      Attorneys for
                                      CHERYL SAVAGE

---

1                                                          Case No.: CR-10-866-CW
APPLICATION FOR RELEASE OF PASSPORT

**ORDER**

~~Upon defendant's application, the defendant's passport shall be released and returned to her.~~

~~DATED: May ___, 2013~~

_____
Honorable Lucy H. Koh
United States District Judge

7323-1\1769760v1

Denied. After Defendant has self-surrendered on June 28, 2013, to serve her jail sentence, Defendant may move to have her passport released to a family member.

Date: 5/28/13

_Lucy H. Koh_
U.S. District Judge